# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CUPER DEVELOPMENT LLC, et al.

Plaintiff(s),

v.

CITY OF CUDAHY, et al.

Defendant(s).

CASE NUMBER:

2:24−cv−02833−DSF−SK

### NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of _ Louis Moralez _ for the following reason(s):

| | |
|---|---|
| _ | No declaration as required by F.R.Civ.P 55(a) |
| _ | No proof of service/waiver of service on file |
| X | The name of the person served does not exactly match the person named in complaint |
| _ | Proof of Service is lacking required information |
| _ | Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt |
| _ | Time to respond has not expired |
| _ | Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file |
| _ | Request for Entry of Default has been forwarded to the assigned Judge |
| _ | Party dismissed from action on |
| _ | Case terminated on |
| X | Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**. |
| X | Other: Proof of Service must be made clear thea Estefania Zamora, Asst City Clerk is authorized to accept service on behalf of a non−city employee. Pursuant to the Notice of Errata filed 6/6/24, after was made, defendant Louis Morales is a contractor and not a City employee. |

The Clerk cannot enter the requested **Default Judgment** against _ for the following reason(s):

| | |
|---|---|
| _ | No Entry of Default on file |
| _ | No declaration as required by F.R.Civ.P 55(b) |
| _ | The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint |
| _ | Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint |
| _ | A declaration establishing the amount due must accompany the plaintiff's request for default judgment |
| _ | No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge |
| _ | Amount sought is not for a sum certain or cannot be computed to a sum certain |
| _ | Attorney Fees sought not in compliance with Local Rule 55−3 |
| _ | Amount sought for costs is incorrect |
| _ | Case terminated on |
| _ | Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**. |
| _ | Other: |

CLERK, U.S. DISTRICT COURT

Date: June 25, 2024            By: _/s/ Ingrid Valdes_
                                      Deputy Clerk

CV−52B(09/12)            NOTICE OF DEFICIENCY − DEFAULT/DEFAULT JUDGMENT

ingrid.valdes@cacd.uscourts.gov