# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Cuper Development LLC, et. al. | ) Case No: 2:24-cv-02833 DSF (SKx) |
| Plaintiffs | ) |
| | ) Judge: Honorable Dale S. Fischer |
| vs. | ) |
| | ) Magistrate Judge: Honorable Steve Kim |
| City of Cudahy, et. al., | ) |
| | ) **ORDER REGARDING STIPULATION** |
| | ) **RESCHEDULING HEARING ON MOTION** |
| | ) **TO DISMISS AND SETTING RESPONSE** |
| Defendants | ) **AND REPLY DATES** |
| | ) |

## ORDER

Upon review of the parties Stipulation Rescheduling Hearing on Motion to Dismiss and Setting Response and Reply Dates good cause appearing for the stipulation and the stipulation is hereby GRANTED.

IT IS ORDERED that defendant's Motion to Dismiss [ECF #14] is rescheduled for a hearing on Monday, July 15, 2024, at 11:00 a.m. at the same time as the Scheduling Conference [ECF #17].

IT IS FURTHER ORDERED that Plaintiffs response to the Motion to Dismiss is due on or before June 23, 2024, and that Defendants reply to Plaintiffs response is due on or before July 1, 2024.

Date: July 1, 2024

Honorable Dale S. Fischer
United States District Judge