Sebastian Rucci (SBN 178114)
LAW OFFICES OF SEBASTIAN RUCCI, P.C.
16400 Pacific Coast Highway, Suite 212
Huntington Beach, CA 92649
Tel:  (562) 901-0199
Sebastian@Rucci.Law
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Cuper Development LLC, *et. al.*, <br> Plaintiffs, <br> v. <br> City of Cudahy, *et. al.*, <br> Defendants. | Case No: 2:24-cv-02833 DSF (SKx) <br> Judge: Honorable Dale S. Fischer <br> Magistrate Judge: Honorable Steve Kim <br> **VOLUNTARY DISMISSAL OF STATE COUNTS 1, 6, 7, 8 AND 9 WITHOUT PREJUDICE** |

COME NOW plaintiffs and voluntarily dismiss COUNT 1 Breach of Contract, COUNT 6 Violation of Gov. Code § 66020; COUNT 7 Declaratory Judgment (Operating Fees Are Illegal Tax); COUNT 8 Declaratory Judgment (Operating Fees Are Illegal Impact Fees); and COUNT 9 Wrongful Use of Administrative Proceedings, without prejudice.

Fed. Rule Civ P. 41(a)(1)(A)(i) allows plaintiffs to dismiss claims against defendants by filing "a notice of dismissal" against that defendant "without court order" before that defendant "serves [ ] an answer." Defendants have not filed an answer and based on the court's ruling on the motion to dismiss [Dkt. 36] plaintiffs will proceed on the state claims (Counts 1, 6, 7, 8, and 9) by filing a state court complaint. Plaintiffs federal claims (Counts 2, 3, 4 and 5) remain before this court for resolution.

Respectfully submitted

LAW OFFICES OF SEBASTIAN RUCCI, P.C.

Date: August 19, 2024

*Sebastian Rucci*
Sebastian Rucci (SBN 178114)

Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2024, I electronically filed **PLAINTIFF VOLUNTARY DISMISSAL OF STATE COUNTS 1, 6, 7, 8 AND 9 WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification to all the parties.

Date: August 19, 2024        Sebastian Rucci (SBN 178114)
                             Attorney for Plaintiffs