JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Cuper Development LLC, Go Cudahy LLC, Davina LLC, Genius Distribution LLC, Herbal Dragon LLC and Daniel & Goliath LLC,<br><br>Plaintiff,<br><br>vs.<br><br>City of Cudahy, a municipal corporation; and Alfonso Noyola; Elizabeth Alcantar; Martin Fuentes; Cynthia Gonzalez; Daisy Lomeli; Joshua Calhoun; Raul Diaz, Cecilia Madrigal-Gonzalez; and Louis Morales,<br><br>Defendant. | Case No. 2:24-CV-02833-DSF-SK<br><br>**JUDGMENT**<br><br>[*Filed concurrently with Notice and Request to Enter Judgment*]<br><br>Judge:   Dale S. Fischer |

The Court having granted Defendants' motion to dismiss claims 2, 3, 4, and 5 with leave to amend, and plaintiffs having failed to amend the complaint in the time allowed by the Court and having voluntarily dismissed claims 1, 6, 7, 8, and 9 asserted under state law,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the

1 | action be dismissed with prejudice and judgment be entered in favor of Defendants,
2 | and that Defendants recover costs of suit pursuant to a bill of costs filed in
3 | accordance with 28 U.S.C. § 1920.

6 | DATED: August 26, 2024

*Dale S. Fischer* (signature)
Honorable Dale S. Fischer