UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 31 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

CUPER DEVELOPMENT, LLC; et al.,

     Plaintiffs - Appellants,

 v.

CITY OF CUDAHY, a municipal corporation; et al.,

     Defendants - Appellees.

No. 24-5898

D.C. No.
2:24-cv-02833-DSF-SK

Central District of California,
Los Angeles

MANDATE

---

The judgment of this Court, entered December 09, 2025, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT